**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-7673

_____

SHANE A. SCRUGGS,

Plaintiff - Appellant,

versus

ALEXANDRIA SHERIFF DEPARTMENT DETENTION;
CAPTAIN DICESARE; MS. KORNEGAY; DANA LAWHORNE,
Sheriff,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:06-cv-00284)

_____

Submitted: January 25, 2007        Decided: January 30, 2007

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shane A. Scruggs, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shane A. Scruggs appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Scruggs v. Alexandria Sheriff Dep't Detention, No. 2:06-cv-00284 (E.D. Va. Aug. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED